

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00011-CV

Gaetan Pelletier and Pelletier Management and Consulting, LLC
v.
Victoria Air Conditioning, Ltd.

On Appeal from the
267th District Court of De Witt County, Texas
Trial Court Cause No. 16-09-23,901

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants. In addition, appellants and their surety are fully and finally released and discharged from their obligations under the supersedeas bond issued to secure the trial court's order.

We further order this decision certified below for observance.

January 6, 2022